IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

                                          Case No. 4:90cr4051-WS

**vs.**

**NATHANIEL JAMES,**

    Defendant.

_____/

## O R D E R

    Defendant James filed a "Motion to Recall the Judgment of the Court Nunc Pro Tunc Pursuant to Rule 60 Fed.Civ.P.," seeking relief from his judgment of conviction. Doc. 590.

    The court has previously determined that, unless and until the Eleventh Circuit grants authorization for filing a second or successive 28 U.S.C. § 2255 motion, Defendant is not entitled to relief under Rule 60 or otherwise.  Docs. 578-580, 583, and 585 (incorporated herein by reference).

It is therefore **ORDERED** that Defendant's motion to recall the judgment nunc pro tunc (doc. 590) is **DENIED**. If Defendant files an appeal, leave to appeal in forma pauperis and a certificate of appealability are **DENIED**.

**DONE AND ORDERED** this October 31, 2005.

    /s William Stafford
**WILLIAM STAFFORD**
**Senior United States District Judge**