**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**Case No. 4:90cr4051-WS**

**vs.**

**NATHANIEL JAMES,**

    **Defendant.**

_____/

### REPORT AND RECOMMENDATION ON RULE 60(b)(4) MOTION

Defendant James filed a "motion seeking relief under Fed. Rule Civ. Proc. Rule 60(b)(4)." Doc. 618. He seeks relief from the judgment and sentence in this case, claiming that the court lacked jurisdiction.

"Rule 60(b) simply does not provide for relief from judgment in a criminal case." United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998); United States v. Fair, 326 F.3d 1317, 1318 (11th Cir. 2003) (quoting Mosavi). As Defendant is aware, he may not pursue relief from the judgment of conviction and sentence absent authorization from the court of appeals to file a second or successive 28 U.S.C. § 2255 motion. Doc. 612, p. 2 ("[u]nless and until the Eleventh Circuit grants authorization for filing a second or successive 28 U.S.C. § 2255 motion, Defendant is not entitled to any relief from his

conviction or sentence.") (adopted by the court in doc. 614); doc. 578, p. 3 ("[u]nless and until the Eleventh Circuit authorizes the filing of a successive § 2255 motion, this court may not consider any challenge to that sentence.") (adopted by the court in doc. 579).  He may not circumvent this requirement by labeling his motion as something else.

It is therefore respectfully **RECOMMENDED** that Defendant's Rule 60(b)(4) motion, doc. 618, be **SUMMARILY DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on August 9, 2007.


 S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.