IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.               4:90cr4051-WS

NATHANIEL JAMES,

  Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  Before the court is the magistrate judge's report and recommendation (doc. 619) docketed September 9, 2007. The magistrate judge recommends that the defendant's motion for relief under Rule 60(b)(4) be summarily denied. The defendant has filed no objections to the report and recommendation.

  Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

  Accordingly, it is ORDERED:

  1. The magistrate judge's report and recommendation (doc. 619) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion for relief under Rule 60(b)(4) (doc. 618) is hereby DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   11th   day of   September   , 2007.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE