UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:90cr4051-WS

NATHANIEL JAMES,  4:10cv99-WS/WCS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 675) docketed March 16, 2010. The magistrate judge recommends that the defendant's motion for dismissal of the indictment (doc. 674) be summarily dismissed. The defendant has filed objections (doc. 676) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 675) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion to dismiss the indictment (doc. 674) is summarily DISMISSED as an attempt to file a second or successive § 2255 motion without authorization from the court of appeals.

3. Because any appeal of this order is not taken in good faith, a certificate of appealability shall not issue.

4. The defendant's motion to proceed in forma pauperis (doc. 673) is DENIED.

DONE AND ORDERED this ___6th___ day of ___April___, 2010.


                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE