IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:90cr4051–WS/GRJ

NATHANIEL JAMES,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 770) docketed August 30, 2017. The magistrate judge recommends that Defendant's motion (doc. 764) for leave to appeal *in forma pauperis* be denied. The magistrate judge also recommends that a certificate of appealability be denied. Defendant has filed objections (doc. 774) to the report and recommendation.

    The court has reviewed both the magistrate judge's report and recommendation as well as the objections filed by Defendant. In his objections, Defendant makes what are, in essence, the same arguments that this court has already considered and rejected. Like the magistrate judge, this court finds that

Defendant is not entitled to either (1) leave to proceed on appeal *in forma pauperis*, or (2) a certificate of appealability. Accordingly, it is ORDERED:

1. Defendant's motion (doc. 764) for leave to proceed *in forma pauperis* is DENIED.

2. A certificate of appealability is DENIED.

DONE AND ORDERED this   22nd   day of   September  , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE