IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:90cr4051–WS/GRJ

NATHANIEL JAMES,

    Defendant.

_____

## ORDER DENYING DEFENDANT'S MOTION PURSUANT TO 28 U.S.C.§ 2255(f)(4)

Before the court is the magistrate judge's report and recommendation (doc. 783) docketed February 15, 2018. The magistrate judge recommends that Defendant's motion (docs. 780 & 782) pursuant to 28 U.S.C. § 2255(f)(4) be summarily denied. Defendant has filed objections (doc. 784) to the report and recommendation.

Having reviewed magistrate judge's report and recommendation in light of Defendant's objections, the court has determined that the report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 783) is

ADOPTED and incorporated by reference into this order.

2. Defendant's motion (docs. 780 & 782) pursuant to 28 U.S.C. § 2255(f)(4) is DENIED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this   28th   day of    March   , 2018.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE